TREVOR G. JACKSON, SBN 241929
LAW OFFICE OF TREVOR G. JACKSON
707 Randolph Street, Suite 204
Napa, California 94559-2950
Tel:   (707) 257-7750
Fax:  (707) 307-7140
Email: tjackson@experto-crede.com

Attorney for Plaintiff BARRIE D. SANDY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual, | Case No. 08 3052 |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. TARBELL, an individual, JOY TARBELL REALTY, LLC dba PRUDENTIAL JOY TARBELL REALTY, a New Hampshire limited liability company; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20, | [Civil L.R. 3-16] |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 19, 2008

TREVOR G. JACKSON
Attorney for Plaintiff Barrie D. Sandy

1
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]