1  TREVOR G. JACKSON, SBN 241929
   LAW OFFICE OF TREVOR G. JACKSON
2  707 Randolph Street, Suite 204
   Napa, California 94559-2950
3  Telephone:    (707) 257-7750
   Facsimile:    (707) 307-7140
4  Email: tjackson@experto-crede.com

5  Attorney for Plaintiff BARRIE D. SANDY

6

                    UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  BARRIE D. SANDY, an individual,         ) Case No. C 08-03052 SC
                                           )
10         Plaintiff,                      ) CERTIFICATE OF SERVICE OF SUMMONS,
                                           ) COMPLAINT, AND OTHER CASE-RELATED
11 v.                                      ) DOCUMENTS ON DEFENDANT MARK C.
                                           ) McCLURE BY A REGISTERED PROCESS
12 MARK C. McCLURE, an individual; PAULA   ) SERVER
   R. WALLEM, an individual; JOY E.        )
13 TARBELL, an individual, JOY TARBELL     )
   REALTY, LLC dba PRUDENTIAL JOY          )
14 TARBELL REALTY, a New Hampshire limited )
   liability company; MB EQUITY PARTNERS,  )
15 LLC, a Delaware limited liability company; )
   DOES 1 through 20,                      )
16                                         )
           Defendants.                     )
17 _____ )

18      Attached is the Proof of Service of Summons and Complaint and Affidavit of Service on

19 Defendant Mark C. McClure by a registered Massachusetts process server.

20

21                                              Respectfully submitted,

22 Dated: July 18, 2008                         _____
                                                TREVOR G. JACKSON
23                                              Attorney for Plaintiff Barrie D. Sandy

24

25

                                            1                    CERTIFICATE OF SERVICE
                                                                 CASE NO. C 08-03052 SC

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

BARRIE D. SANDY, an individual )
Plaintiff )
v. )
MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. ) Civil Action No.
TARBELL, an individual; JOY TARBELL REALTY, LLC dba PRUDENTIAL JOY )
TARBELL REALTY, a New Hampshire limited liability company; MB EQUITY ) CV 08 3052
PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20 )
Defendants

E-filing

SC

**Summons in a Civil Action**

To: MARK C. McCLURE
   (Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Trevor G. Jackson, Esq.
Law Office of Trevor G. Jackson
707 Randolph Street, Suite 204
Napa, California 94559

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 23 2008

Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Mark C. McClure__, by:

** (1) personally delivering a copy of each to the individual at this place, __Lombardo's Convention Center, 6 Billings Street, Randolph, MA 02368 on 7-9-08 at 10:05 AM__

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:   __July 9, 2008__

_____
Server's signature

__James A. Carey, Constable__
Printed name and title

__1004 Pheasant La., Middleboro, MA 02346__
Server's address

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: C-08-03052 SC

Plaintiff:
**Barrie D. Sandy, an individual**

vs.

Defendant:
**Mark McClure, et al**

Received by MASS CONSTABLE SERVICE to be served on **MARK MCCLURE, c/o Lombardo's Convention Center, 6 Billings St., Randolph, MA 02368**.

I, James A. Carey, being duly sworn, depose and say that on the **9th day of July, 2008** at **10:05 am**, I:

Served a true and attested copy of the **U S District Summons in a Civil Action, Complaint for Breach of Contract, Common Counts: Negligence; Fraud; Professional Negligence; Breach of Fiduciary Duty; Intentional Infliction of Emotional Distress, Unjust Enrichment; Plaintiff's Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Clerk's Notice Re: Case Management Conference; Notice of Availablity of Magistrate Judge to Exercise Jurisdiction; Form Re: Consent to Proceed Before A United States Magistrate Judge; Brochure entitled "Consenting to A Magistrate Judge's Jurisdiction In The Northern District of California; ECF Registration Information Handout; and U.S. District Court, San Francisco Guidelines** to **Mark McClure** in the following manner, by delivering in hand to **Mark McClure**. Said service was made at **Lombardo's Convention Center, 6 Billings St., Randolph, MA 02368**.

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 10th day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Daniel J. Byrne
Commonwealth of Massachusetts
My Commission Expires on May 28, 2015

_____
James A. Carey
Constable/Disinterested Person

MASS CONSTABLE SERVICE
1004 Pheasant Lane
Middleboro, MA 02346
(508) 946-6914

Our Job Serial Number: 2008002419
Ref: 117.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2x

**PROOF OF SERVICE**

I, Christina K. Alpi, hereby declare:

I am employed in the County of Napa, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 707 Randolph Street, Suite 204, Napa, California 94559.

On July 18, 2008, I served the foregoing document(s):

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE-RELATED DOCUMENTS ON DEFENDANT MARK C. McCLURE BY A REGISTERED PROCESS SERVER**

on the interested parties in said action by placing a true copy thereof in a sealed envelope(s) addressed as follows:

**MARK C. McCLURE**
**147 Ridge Road**
**Portland, ME 04103-4713**
***Defendant***

[X] (U.S. MAIL) by placing a true copy of the foregoing document(s) listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at Napa, California addresses as set forth below. I am readily familiar with the business' practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose discretion the service was made and that the foregoing is true and correct.

Executed on July 18, 2008, at Napa, California.

_____
Christina K. Alpi

CERTIFICATE OF SERVICE
CASE NO. C 08-03052 SC