```
                                    FILED
                                    08 JUL 24 PM 1:04
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRIC OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual,<br>Plaintiff,<br>v.<br><br>MARK MCCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. TARBELL, an individual; JOY TARBELL, LLC dba PRUDENTIAL JOY TARBELL REALTY, a New Hampshire limited company; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20,<br><br>Defendants. | Case No. CV 08 3052 SC<br><br>RESPONSE FOR BREACH OF CONTRACT; COMMON COUNTS; NEGLIGENCE; FRAUD; PROFESSIONAL NEGLIGENCE; BREACH OF FIDUCIARY DUTY; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; UNJUST ENRICHMENT |

**ANSWER TO COMPLAINT:**
We deny all allegations in the complaint.


_____          _____
PAULA R. WALLEM                         MARK MCCLURE


※ opposing counsel has received a copy.