1 | TREVOR G. JACKSON, SBN 241929
LAW OFFICE OF TREVOR G. JACKSON
2 | 707 Randolph Street, Suite 204
Napa, California 94559-2950
3 | Telephone:   (707) 257-7750
Facsimile:   (707) 307-7140
4 | Email: tjackson@experto-crede.com

5 | Attorney for Plaintiff BARRIE D. SANDY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual, | ) Case No. C 08-03052 SC |
| | ) |
| Plaintiff, | ) APPLICATION TO CLERK FOR ENTRY OF |
| | ) DEFAULT AGAINST DEFENDANT MB |
| v. | ) EQUITY PARTNERS, LLC |
| | ) |
| MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. TARBELL, an individual, JOY TARBELL REALTY, LLC dba PRUDENTIAL JOY TARBELL REALTY, a New Hampshire limited liability company; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20, | ) |
| Defendants. | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Barrie D. Sandy ("Plaintiff") hereby requests that the Clerk of the Northern District of California enter the default in this matter against Defendant MB Equity Partners, LLC ("Defendant") on the grounds that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant on July 10, 2008, as evidenced by the proof of service on file with this Court. Defendant was required to respond by July 30, 2008, but no answer or other responsive pleading has been filed to

1  date. Defendant has made no appearance in the above-referenced case.

2  The above stated facts are set forth in the accompanying Declaration of Trevor G. Jackson filed

3  herewith.

Respectfully submitted,

Dated: August 28, 2008

_____
TREVOR G. JACKSON
Attorney for Plaintiff Barrie D. Sandy