TREVOR G. JACKSON, SBN 241929
LAW OFFICE OF TREVOR G. JACKSON
707 Randolph Street, Suite 204
Napa, California 94559-2950
Telephone: (707) 257-7750
Facsimile: (707) 307-7140
Email: tjackson@experto-crede.com

Attorney for Plaintiff BARRIE D. SANDY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. TARBELL, an individual, JOY TARBELL REALTY, LLC dba PRUDENTIAL JOY TARBELL REALTY, a New Hampshire limited liability company; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20,<br><br>    Defendants. | Case No. C 08-03052 SC<br><br>DECLARATION OF TREVOR G. JACKSON IN SUPPORT OF APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT MB EQUITY PARTNERS, LLC |

I, Trevor G. Jackson, declare as follows:

1.   I am an attorney at law duly licensed and admitted to practice in the State of California and this federal district, and the attorney of record herein for Plaintiff Barrie D. Sandy ("Plaintiff").

2.   The statements set forth herein are true, correct, and within my personal knowledge, or, if stated on information and belief, are true and correct to the best of my information and belief. If called upon as a witness, I could and would testify as to the truth of these statements.

3.   On June 23, 2008, Plaintiff filed his Complaint in this action.

4.   On July 10, 2008, Defendant MB Equity Partners, LLC ("Defendant") was properly

served with the Summons, Complaint, and other case-related documents in this action in accordance with Rule 4(c) of the Federal Rules of Civil Procedure and Civil Local Rule 4-1, as evidenced by the proof of service on file with this Court, a true and correct copy of which is attached as Exhibit A.

5. The applicable time limit for responding to the complaint has expired, as follows: Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant was required to plead or otherwise respond to the Complaint by July 30, 2008, twenty (20) days from the date of service, but has failed to do so. The time to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any order of the Court. Defendant has made no appearance in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date below in the City and County of Napa, California.

Dated: August 28, 2008

_____
TREVOR G. JACKSON
Attorney for Plaintiff Barrie D. Sandy

# EXHIBIT A

1  TREVOR G. JACKSON, SBN 241929
   LAW OFFICE OF TREVOR G. JACKSON
2  707 Randolph Street, Suite 204
   Napa, California 94559-2950
3  Telephone:   (707) 257-7750
   Facsimile:   (707) 307-7140
4  Email: tjackson@experto-crede.com

5  Attorney for Plaintiff BARRIE D. SANDY

6

7                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  BARRIE D. SANDY, an individual,         ) Case No. C 08-03052 SC
                                           )
10        Plaintiff,                       ) CERTIFICATE OF SERVICE OF SUMMONS,
                                           ) COMPLAINT, AND OTHER CASE-RELATED
11 v.                                      ) DOCUMENTS ON DEFENDANT MB EQUITY
                                           ) PARTNERS, LLC BY A REGISTERED
12 MARK C. McCLURE, an individual; PAULA   ) PROCESS SERVER
   R. WALLEM, an individual; JOY E.        )
13 TARBELL, an individual, JOY TARBELL     )
   REALTY, LLC dba PRUDENTIAL JOY          )
14 TARBELL REALTY, a New Hampshire limited )
   liability company; MB EQUITY PARTNERS,  )
15 LLC, a Delaware limited liability company; )
   DOES 1 through 20,                      )
16                                         )
          Defendants.                      )
17 _____)

18        Attached is the Proof of Service of Summons and Complaint on Defendant MB Equity

19 Partners, LLC by a registered Delaware process server.

20

21                                              Respectfully submitted,

22 Dated: July 28, 2008
                                                _____
23                                              TREVOR G. JACKSON
                                                Attorney for Plaintiff Barrie D. Sandy
24

25

                                           1                    CERTIFICATE OF SERVICE
                                                                CASE NO. C 08-03052 SC

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BARRIE D. SANDY, an individual | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; JOY E. TARBELL, an individual; JOY TARBELL REALTY, LLC dba PRUDENTIAL JOY TARBELL REALTY, a New Hampshire limited liability company; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20 | ) CV 08 3052 |
| Defendants | ) SC |

E-filing

**Summons in a Civil Action**

To: MB EQUITY PARTNERS, LLC
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Trevor G. Jackson, Esq.
Law Office of Trevor G. Jackson
707 Randolph Street, Suite 204
Napa, California 94559

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 23 2008

_____
Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __MB Equity Partners LLC__,
by: Service Address: The Company Corporation, 2711 Centerville Rd. # 400, Wilmington, DE 19808

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

X  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __Mary Drumond, Managing Agent duly authorized to accept service__ ; or
    Date Served: 7/10/08  Time Served: 2:58 PM

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: July 11, 2008

_Server's signature_

Daniel Newcomb, Process Server
_Printed name and title_

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806 (302) 429-0657
_Server's address_

Documents served:
Summons; Complaint; Plaintiff's Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Clerk's Notice Re: Case Management Conference; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Form Re: Consent to Proceed Before a United States Magistrate Judge; Brochure Entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"; ECF Registration Information Handout; and U.S. District Court, San Francisco Guidelines

## PROOF OF SERVICE

I, Christina K. Alpi, hereby declare:

I am employed in the County of Napa, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 707 Randolph Street, Suite 204, Napa, California 94559.

On July 28, 2008, I served the foregoing document(s):

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE-RELATED DOCUMENTS ON DEFENDANT MB EQUITY PARTNERS, LLC BY A REGISTERED PROCESS SERVER**

on the interested parties in said action by placing a true copy thereof in a sealed envelope(s) addressed as follows:

**THE COMPANY CORPORATION**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808-1646**
*Registered Agent for Defendant MB EQUITY PARTNERS, LLC*

[X] (U.S. MAIL) by placing a true copy of the foregoing document(s) listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at Napa, California addresses as set forth below. I am readily familiar with the business' practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose discretion the service was made and that the foregoing is true and correct.

Executed on July 28, 2008, at Napa, California.

*Christina K. Alpi*
Christina K. Alpi