1  TREVOR G. JACKSON, SBN 241929
   LAW OFFICE OF TREVOR G. JACKSON
2  707 Randolph Street, Suite 204
   Napa, California 94559-2950
3  Telephone:   (707) 257-7750
   Facsimile:   (707) 307-7140
4  Email: tjackson@experto-crede.com

5  Attorney for Plaintiff BARRIE D. SANDY

6
                    UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  BARRIE D. SANDY, an individual,        ) Case No. C 08-03052 SC
                                           )
10          Plaintiff,                     ) PROOF OF SERVICE BY U.S. MAIL OF
                                           ) APPLICATION TO CLERK FOR ENTRY OF
11 v.                                      ) DEFAULT AGAINST DEFENDANT MB
                                           ) EQUITY PARTNERS, LLC
12 MARK C. McCLURE, an individual; PAULA   )
   R. WALLEM, an individual; JOY E.        )
13 TARBELL, an individual, JOY TARBELL     )
   REALTY, LLC dba PRUDENTIAL JOY          )
14 TARBELL REALTY, a New Hampshire limited )
   liability company; MB EQUITY PARTNERS,  )
15 LLC, a Delaware limited liability company; )
   DOES 1 through 20,                      )
16                                         )
            Defendants.                    )
17 _____  )

18      I, Christina K. Alpi, hereby declare:

19      I am employed in the County of Napa, State of California. I am over the age of eighteen (18)

20 and not a party to the within action. My business address is 707 Randolph Street, Suite 204, Napa,

21 California 94559.

22      On August 28, 2008, I served the foregoing document(s):

23 **APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT
   MB EQUITY PARTNERS, LLC**
24
   **DECLARATION OF TREVOR G. JACKSON IN SUPPORT OF APPLICATION
25 TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT MB EQUITY**

                                        1      PROOF OF SERVICE BY U.S. MAIL
                                               CASE NO. C 08-03052 SC

1     PARTNERS, LLC

2 on the interested parties in said action by placing a true copy thereof in a sealed envelope(s)

3 addressed as follows:

4     THE COMPANY CORPORATION
     2711 Centerville Road, Suite 400
5     Wilmington, DE 19808-1646
     *Registered Agent for Defendant MB EQUITY PARTNERS, LLC*

6

7     MARK C. McCLURE
     147 Ridge Road
     Portland, ME 04103-4713
8     *Defendant Pro Se*

9     PAULA R. WALLEM
     147 Ridge Road
10    Portland, ME 04103-4713
     *Defendant Pro Se*

11

12 [X] (U.S. MAIL) by placing a true copy of the foregoing document(s) listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at Napa, California addresses as set forth below. I am readily familiar with the business' practice of collecting and

13 processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the

14 ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one date of deposit for

15 mailing in affidavit.

16 I declare under penalty of perjury that I am employed in the office of a member of the bar of

17 this Court at whose discretion the service was made and that the foregoing is true and correct.

18 Executed on August 28, 2008 in the City and County of Napa, California.

19

20                                            *Christina K. Alpi*
                                           Christina K. Alpi

21

22

23

24

25