UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE SANDY, | No. 08-3052 SC |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO CHANGE VENUE |
| v. | |
| MARC MCCLURE et al., | |
| Defendants. | |

The Court is in receipt of Defendants' Motion to Change Venue, filed on September 8, 2008. Docket No. 18. The parties are hereby ORDERED to adhere to the following briefing schedule:

- Plaintiff's Opposition, if any, is due no later than Wednesday, September 24.

- Defendants' Reply, if any, is due no later than Wednesday, October 1.

The matter will be deemed submitted on the papers and there will be no hearing and no oral argument.

IT IS SO ORDERED.

Dated: September 10, 2008

_____
UNITED STATES DISTRICT JUDGE