1  TREVOR G. JACKSON, SBN 241929
   LAW OFFICE OF TREVOR G. JACKSON
2  707 Randolph Street, Suite 204
   Napa, California 94559-2950
3  Telephone:    (707) 257-7750
   Facsimile:    (707) 307-7140
4  Email:        tjackson@experto-crede.com

5  Attorney for Plaintiff BARRIE D. SANDY

6  PAULA R. WALLEM
   MARK C. McCLURE
7  145 Ridge Road
   Portland, ME 04103
8
   Defendants *Pro Se*
9
                    UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  BARRIE D. SANDY, an individual,          ) Case No. C 08-03052 SC
                                             )
13         Plaintiff,                        ) JOINT STIPULATION AND [PROPOSED]
                                             ) ORDER EXTENDING DEADLINES SET IN
14  v.                                       ) CASE MANAGEMENT CONFERENCE;
                                             ) [ACCOMPANIED BY JOINT DECLARATION]
15  MARK C. McCLURE, an individual; PAULA    )
    R. WALLEM, an individual; MB EQUITY      )
16  PARTNERS, LLC, a Delaware limited liability )
    company; DOES 1 through 20,              )
17                                           )
           Defendants.                       )
18  _____   )

19         The parties in the above-entitled action hereby stipulate, and respectfully request that the Court

20  issue an Order extending all Case Management Conference deadlines

21         1.      This Court's June 23, 2008 Order Setting Initial Case Management Conference and

22  ADR Deadlines scheduled an initial Case Management Conference for November 14, 2008 in the

23  above-entitled action.

24         2.      The Clerk's Notice Re: Case Management Conference, filed on July 2, 2008, continued

25  the initial Case Management Conference to November 21, 2008 in the above-entitled action.

                                                    1        STIPULATION AND [PROPOSED] ORDER
                                                                         CASE NO. C 08-03052 SC

3. On September 8, 2008, the defendants filed a "Motion for a Change of Jurisdiction/Venue." As per the Court's September 10, 2008 Order on Briefing Schedule, the motion is to be determined on the pleadings. This motion is still under submission.

4. In light of the pending motion, the Court issued a Clerk's Notice Re: Case Management Conference on October 30, 2008, which continued the initial Case Management Conference to January 23, 2009 in the above-entitled action.

5. No other time modifications have been made, and continuing the deadlines will not adversely affect the schedule of the case.

6. Based on the foregoing, the parties hereby stipulate to the following:

(a) The parties shall meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3-5, no later than January 8, 2008.

(b) The parties shall file ADR Certification by Parties and Counsel pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), no later than January 8, 2008.

(c) The parties shall file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b) and (c), no later than January 8, 2008.

(d) The parties shall file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and in compliance with the October 30, 2008 Clerk's Notice Re: Case Management Conference, the parties shall file one Joint Case Management Conference Statement seven days prior to the conference, pursuant to Fed. R. Civ. Proc. 26(a)(1) and Civil L.R. 16-9, no later than January 16, 2008.

IT IS SO STIPULATED.

LAW OFFICE OF TREVOR G. JACKSON

Dated: October 30, 2008

/tgjackson/
TREVOR G. JACKSON
Attorney for Plaintiff Barrie D. Sandy

2     STIPULATION AND [PROPOSED] ORDER
CASE NO. C 08-03052 SC

Dated: 10/30/08

_____
PAULA R. WALLEM
Defendant Pro Se

Dated: 10/30/08

_____
MARK C. McCLURE
Defendant Pro Se

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/7/08

_____
HONORABLE
Senior Judge, *[signed]* Judge Samuel Conti

IT IS SO ORDERED

1  TREVOR G. JACKSON, SBN 241929
   LAW OFFICE OF TREVOR G. JACKSON
2  707 Randolph Street, Suite 204
   Napa, California 94559-2950
3  Telephone:    (707) 257-7750
   Facsimile:    (707) 307-7140
4  Email:        tjackson@experto-crede.com

5  Attorney for Plaintiff BARRIE D. SANDY

6  PAULA R. WALLEM
   MARK C. McCLURE
7  145 Ridge Road
   Portland, ME 04103
8
   Defendants *Pro Se*
9
                       UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 BARRIE D. SANDY, an individual,              ) Case No. C 08-03052 SC
                                                )
13       Plaintiff,                             ) JOINT STIPULATION AND [PROPOSED]
                                                ) ORDER EXTENDING DEADLINES SET IN
14 v.                                           ) CASE MANAGEMENT CONFERENCE;
                                                ) [ACCOMPANIED BY JOINT DECLARATION]
15 MARK C. McCLURE, an individual; PAULA        )
   R. WALLEM, an individual; MB EQUITY         )
16 PARTNERS, LLC, a Delaware limited liability )
   company; DOES 1 through 20,                  )
                                                )
17       Defendants.                            )
                                                )
18 _____        )

19      The parties in the above-entitled action hereby stipulate, and respectfully request that the Court

20 issue an Order extending all Case Management Conference deadlines

21      1.      This Court's June 23, 2008 Order Setting Initial Case Management Conference and

22 ADR Deadlines scheduled an initial Case Management Conference for November 14, 2008 in the

23 above-entitled action.

24      2.      The Clerk's Notice Re: Case Management Conference, filed on July 2, 2008, continued

25 the initial Case Management Conference to November 21, 2008 in the above-entitled action.

                                                 1        STIPULATION AND [PROPOSED] ORDER
                                                          CASE NO. C 08-03052 SC

1  3. On September 8, 2008, the defendants filed a "Motion for a Change of Jurisdiction/Venue." As per the Court's September 10, 2008 Order on Briefing Schedule, the motion is to be determined on the pleadings. This motion is still under submission.

4. In light of the pending motion, the Court issued a Clerk's Notice Re: Case Management Conference on October 30, 2008, which continued the initial Case Management Conference to January 23, 2009 in the above-entitled action.

5. No other time modifications have been made, and continuing the deadlines will not adversely affect the schedule of the case.

6. Based on the foregoing, the parties hereby stipulate to the following:

   (a) The parties shall meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3-5, no later than January 8, 2008.

   (b) The parties shall file ADR Certification by Parties and Counsel pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), no later than January 8, 2008.

   (c) The parties shall file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(b) and (c), no later than January 8, 2008.

   (d) The parties shall file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and in compliance with the October 30, 2008 Clerk's Notice Re: Case Management Conference, the parties shall file one Joint Case Management Conference Statement seven days prior to the conference, pursuant to Fed. R. Civ. Proc. 26(a)(1) and Civil L.R. 16-9, no later than January 16, 2008.

IT IS SO STIPULATED.

LAW OFFICE OF TREVOR G. JACKSON

Dated: October 30, 2008

/tgjackson/
TREVOR G. JACKSON
Attorney for Plaintiff Barrie D. Sandy

2   STIPULATION AND [PROPOSED] ORDER
CASE NO. C 08-03052 SC

Dated: 10/30/08

PAULA R. WALLEM
Defendant Pro Se

Dated: 10/30/08

MARK C. McCLURE
Defendant Pro Se

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HONORABLE SAMUEL CONTI
Senior Judge, United States District Court

3   STIPULATION AND [PROPOSED] ORDER
CASE NO. C 08-03052 SC