UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRIE D. SANDY,   No. C 08-03052 SC (JCS)

    Plaintiff(s),

  v.   **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING**

MARK C. MCCLURE, ET AL.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above matter has been referred to Magistrate Judge Joseph C. Spero for Plaintiff's Motion to Compel Initial Disclosures; Rule 5.2 (e) Protective Orders; and For Sanctions as to Defendants Mark McClure and Paula R. Wallen (the "Motion") and all future discovery.

  A telephonic hearing on the Motion has been set for **February 27, 2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The reply to the opposition(s) shall be filed and served no later than February 19, 2009. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**FUTURE DISCOVERY DISPUTE PROCEDURES**

  In the event a future **discovery dispute** arises, IT IS HEREBY ORDERED that the party seeking to compel discovery shall file a letter not to exceed three (3) pages describing the dispute. An opposition, which also shall not exceed three (3) pages, shall be filed within five (5) days from

1  the date of the initial letter.  After receiving the opposition, the Court will determine what further
2  proceedings, if any, are necessary.

### LAW AND MOTION HEARING CALENDAR

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102

### ELECTRONIC FILING AND COURTESY COPIES

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials, followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated:  February 12, 2009

JOSEPH C. SPERO
United States Magistrate Judge