UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, ) | |
| ) | |
| Plaintiff(s), ) | No. C08-3052 SC (BZ) |
| ) | |
| v. ) | **ORDER CONTINUING** |
| ) | **SETTLEMENT CONFERENCE** |
| MARK C. MCCLURE, et al., ) | |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that the settlement conference previously scheduled for Thursday, May 21, 2009 is **continued** to **Tuesday, May 26, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The settlement conference order otherwise remains in full force and effect.

Dated: March 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\SANDY CONTINUE SC.wpd

1