Paula R Wallem & Mark C McClure
145 Ridge Rd
Portland, ME, 04103
207-332-8535

**FILED**

MAY 18 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE SANDY, an individual<br>Plaintiff<br>v.<br>MARK C MCCLURE, an individual;<br>PAULA R WALLEM, an individual<br>Defendants | CASE NO C 08-03052 SC (JCS)<br>ORDER<br>REQUEST FOR EXTENSION TO RESPOND<br>TO THE INTERROGATORIES<br>AND THE FIRST SET OF REQUEST FOR<br>PRODUCTION OF DOCUMENTS |

Under rule 33 (b) of the Federal Rules of Civil Procedures, we are requesting a reasonable 10 day extension to reply to the interrogatories. We received them on April 21st 2009, since we were travelling on business. Mark McClure has been traveling extensively on business and it's been impossible for us to reply properly to the extensive interrogatories and the requests for documents production.

We are seeking 10 more days to be able to reply properly.

_____
Mark McClure

April 13th, 2009

Dated: May 20, 2009

_____
Paula Wallem

April 13th, 2009

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paula Walkm
145 Ridge Rd
PORTLAND, ME, 04103

RECEIVED
09 MAY 18 PM 1:5[?]

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court of Northern CA
Clerk's Office - 16th floor
450 Golden Gate Ave
San Francisco, CA, 94102