**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARK C. MCCLURE, ET AL.,<br><br>    Defendant(s).<br>_____/ | Case No. C08-3052 SC (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION COMPELLING INTERROGATORY RESPONSES TO DOCUMENT PRODUCTION REQUESTS; DISCOVERY SCHEDULING ORDERS AND SANCTIONS AS TO DEFENDANTS MARK MCCLURE AND PAULA R. WALLEN [Docket No. 76]** |

On July 30, 2009, Plaintiff filed a Motion Compelling Interrogatory Responses to Document Production Requests; Discovery Scheduling Orders, and Sanctions as to Defendants Mark McClure and Paula R. Wallen (the "Motion").

The Motion came on for hearing on August 21, 2009 Trevor Jackson, counsel for Plaintiff, appeared. Mark C. McClure and Paula Wallen, appeared pro se.

For reasons stated on the record and good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant McClure shall provide full and complete answers to Interrogatories 3 through 14 on or before **September 4, 2009**, and shall provide a verification of these answers, and all previous interrogatory answers, under oath by that date.

2. With respect to all documents that have previously been produced by Defendants with redactions or with part of the documents in question omitted, those documents shall be produced again without any redactions or omissions by **September 4, 2009**.

3. Defendants shall produce all documents responsive to document request numbers 3, 4, 6, 7, 8, 9, 10, 12, 13, 16, 26, 29 through 35 (dated through June 30 2008) and 36.

4. Not later than August 28, 2009, Defendants shall provide to Plaintiff's counsel a written estimate from a copying company for the cost of copying and shipping the

documents required to be produce under this Order.  Plaintiff shall immediately decide whether to pay such copying and shipping costs, or whether to examine and copy the document in their current location.  If Plaintiff elects to pay the cost of copying and shipping, then the documents shall be copied and shipped to Plaintiff's counsel on or before **September 4, 2009**, along with an invoice for the copying from the vendor.  Plaintiff shall pay the vendor within (1) one week of receipt of the invoice.

5. The parties shall negotiate a protective order, following the form on the Court's web site, and all bank and credit card statements and documents shall be produced as confidential under such an order.

6. The Motion for Sanctions is Denied.

IT IS SO ORDERED.

Dated:  August 26, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge