UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, | Case No. C08-3052 SC (JCS) |
| Plaintiff(s), | **ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, INTERROGATORIES AND FOR SANCTIONS [Docket No. 87]** |
| v. | |
| MARK C. MCCLURE, ET AL., | |
| Defendant(s). | |

On September 21, 2009, Plaintiff filed a Motion to Compel Production of Documents, Interrogatories, and for Sanctions (the "Motion").

The Motion came on for hearing on September 29, 2009. Trevor Jackson, counsel for Plaintiff, appeared. Mark C. McClure and Paula Wallen, appeared pro se.

For reasons stated on the record and good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendants shall copy and send to Mr. Jackson, today, all of the bank account records, the credit card records, and all other financial records in their possession. Documents can be sent via certified mail with return receipt, or by Federal Express.
2. At the pretrial conference, the Defendants shall bring, for inspection, the originals of all the financial records.
3. The Motion for Additional Interrogatory Answers is DENIED.
4. The Motions for Sanctions, and all other motions are DENIED.

IT IS SO ORDERED.

Dated: September 29, 2009

JOSEPH C. SPERO
United States Magistrate Judge