| | |
|---|---|
| 1 | TREVOR G. JACKSON, SBN 241929 |
|   | LAW OFFICE OF TREVOR G. JACKSON |
| 2 | 707 Randolph Street, Suite 204 |
|   | Napa, California 94559 |
| 3 | Telephone:   (707) 257-7750 |
|   | Facsimile:    (707) 307-7140 |
| 4 | Email: tjackson@experto-crede.com |
| 5 | Attorney for Plaintiff BARRIE D. SANDY |
| 6 | PAULA R. WALLEM |
|   | 145 Ridge Road |
| 7 | Portland, ME 04103 |
|   | Telephone:   (207) 332-8452 |
| 8 | Facsimile:    (972) 767-0550 |
|   | Email: paula@markmcclurelive.com |
| 9 |  |
|   | Defendant *Pro Se* |
| 10 |  |
|   | MARK C. McCLURE |
| 11 | 145 Ridge Road |
|   | Portland, ME 04103 |
| 12 | Telephone:   (207) 332-8452 |
|   | Facsimile:    (972) 767-0550 |
| 13 | Email: mark@markmcclurelive.com |
| 14 | Defendant *Pro Se* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRIE D. SANDY, an individual, | ) | Case No. C 08-03052 SC |
| | ) | |
| Plaintiff, | ) | STIPULATED ORDER FOR BENCH TRIAL |
| | ) | |
| v. | ) | |
| | ) | |
| MARK C. McCLURE, an individual; PAULA R. WALLEM, an individual; MB EQUITY PARTNERS, LLC, a Delaware limited liability company; DOES 1 through 20, | ) ) ) ) | |
| | ) | Action Filed:  June 23, 2008 |
| Defendants. | ) | Trial Date:     December 7, 2009 |
| | ) | |

Plaintiff BARRIE D. SANDY, through counsel, and *pro se* Defendants MARK C. McCLURE and PAULA R. WALLEM *et al.* (collectively "the Parties") hereby stipulate to the following:

1. The Parties mutually waive any claim of right to a jury trial within the meaning of F.R.Civ.P. 38, and file this stipulation to a nonjury trial ("Bench Trial") under F.R.Civ.P. 39.

2. Based thereon, the Parties stipulate to an Order setting this matter for Bench Trial and shall comply with any order(s) issued by the Court as a result of this Stipulated Order for Bench Trial.

IT IS SO STIPULATED, THROUGH THE PARTIES AND COUNSEL OF RECORD.

DATED: 11·11·2009

TREVOR G. JACKSON
Attorney for Plaintiff, BARRIE D. SANDY

DATED: 11/11/09

PAULA R. WALLEM, Defendant *Pro Se*

DATED: 11/11/09

MARK C. McCLURE, Defendant *Pro Se*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 17, 2009

HONORABLE
Senior Judge, United States District Court

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*