IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual, | Case No. 08-3052 SC |
| Plaintiff, | JUDGMENT |
| v. | |
| MARK McCLURE, an individual; PAULA R. WALLEM, an individual; MB EQUITY PARTNERS, LCC, a Delaware limited liability company; DOES 1 through 20, | |
| Defendants. | |

In accordance with this Court's December 18, 2009, Memorandum of Decision, Findings of Fact, and Conclusions of Law, it is hereby ORDERED, ADJUDGED, and DECREED:

Judgment is entered in favor of PLAINTIFF Barrie D. Sandy and against Mark McClure in the amount of $167,999.02 on PLAINTIFF's first cause of action.  PLAINTIFF Barrie D. Sandy takes nothing by way of his other causes of action.

IT IS SO ORDERED.

Dated: December 18, 2009

UNITED STATES DISTRICT JUDGE