IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE D. SANDY, an individual, ) | Case No. 08-3052 SC |
| ) | |
| Plaintiff, ) | ORDER RE: RETENTION OF |
| ) | <u>TRIAL MATERIALS</u> |
| v.  ) | |
| ) | |
| MARK McCLURE, an individual; PAULA ) | |
| R. WALLEM, an individual; MB ) | |
| EQUITY PARTNERS, LCC, a Delaware ) | |
| limited liability company; DOES 1 ) | |
| through 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Both parties in the above-captioned matter are directed to retain for appeal purposes their original trial exhibits, used in the trial that was held on December 7, 2009, to December 8, 2009. These materials are to be retained in their current state.

IT IS SO ORDERED.

Dated: December 18, 2009

_____
UNITED STATES DISTRICT JUDGE